UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 137R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers, Local 137, 137A, 137B, 137C & 137R, <br><br> Plaintiffs, <br><br> -against- <br><br> Northeast Industrial Maintenance Inc., <br><br> Defendant. | Index # 17-CIV-1292 (VB) <br><br> **DEFAULT JUDGMENT** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: <br> DATE FILED: 6-5-17 |

This action having been commenced on February 21, 2017 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on March 6, 2017 via Personal Service and proof of such service thereof was filed on March 15, 2017 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Eighteen Thousand Three Hundred Nine Dollars and Fifty-Seven Cents ($18,309.57) which includes the following: $11,736.65 in unpaid benefit fund contributions for the period August 21, 2016 through December 31, 2016; $97.41 in interest calculated at ten percent (10%) per annum for each delinquent month through April, 2017; $1,173.66 in liquidated damages calculated at ten (10%) of the unpaid principal due; $2,557.55 audit findings for the period January 1, 2013 through December 31, 2015; $559.55 in interest calculated at ten percent (10%) per annum for each delinquent month through April, 2017; $255.75 in liquidated damages calculated at ten (10%) of the unpaid principal due; reasonable attorneys' fees in the amount of $1,449.00 and court costs and disbursements in the amount of $480.00 all pursuant to the collective bargaining agreement and in accordance with Section 502 (g)(2)(D) of ERISA 29 U.S.C. 1132 (g)(2)(D).

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
   June 5, 2017

So Ordered:

_____
Honorable Vincent L. Briccetti, U.S.D.J.